UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| COLONIAL PACIFIC LEASING ) | | |
| CORPORATION d/b/a CHOICEHEALTH ) | | |
| LEASING CORPORATION, ) | | |
| ) | | |
| PLAINTIFF, ) | | |
| ) | | |
| VS. ) | CIVIL ACTION NO. 1:12cv568-MHT | |
| ) | (WO) | |
| JOHN A. JENNINGS, DMD, P.C., ) | | |
| ) | | |
| DEFENDANT. ) | | |

**CONSENT JUDGMENT AND FINAL ORDER**

Plaintiff, Colonial Pacific Leasing Corporation d/b/a Choicehealth Leasing Corporation ("Plaintiff"), and Defendant, John A. Jennings, DMD, P.C. ("Defendant" and, collectively with Plaintiff, the "Parties"), having consented to a resolution of this case, and for good cause shown and on the consent of the Parties:

**IT IS HEREBY ORDERED** that the motion for order (Doc. No. 10) is granted and Plaintiff is awarded a judgment in the amount of $277,498.10 (the "Judgment") consisting of the principal amounts owed under the April 2008 Agreement and the August 2008 Agreement (as such terms are defined in the Complaint) in the amount of $257,498.10 and costs of collection, including attorneys' fees, in the amount of $20,000.00; and

**IT IS FURTHER ORDERED** that, so long as the Defendant performs under two (2) Forbearance Agreements between the Parties entered into on January 27, 2012, the Plaintiff shall not initiate any collection processes such as levy, execution, or garnishment; and that, if the Defendant timely remits all monthly installments under the afore-referenced Forbearance

Agreements, the attorneys' fees included in this Final Judgment would be waived but only waived at that time and after full performance by the Defendant.

      **IT IS FURTHER ORDERED** this is a Final Order and Judgment in this case, and this case is closed.

      **SO ORDERED AND ADJUDGED** this 16th day of August, 2012.

      /s/  Myron H. Thompson
      UNITED STATES DISTRICT JUDGE